IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS GARNER, § | |
| TDCJ-CID NO.716389, § | |
|     Petitioner, § | |
| v. § | CIVIL ACTION NO. H-06-3699 |
| § | |
| NATHANIEL QUARTERMAN, § | |
|     Respondent. § | |

FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on this 8th day of January, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE